# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-09-1146-R                                    **DATE: MAY 6, 2009**

**TITLE: ODDAY MAHMUD MOHAMMED AMARNA -V- U.S. DEPT OF HOMELAND SECURITY CITIZENSHIP AND IMMIGRATION SERVICES**
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| <u>William Horrell</u> | <u>    N/A    </u> |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                                     Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution**

THIS MATTER IS SET ON CALENDAR FOR HEARING ON MAY 18, 2009 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT, AND THE COURT'S MINUTE ORDER OF 3-25-09, ON DEFENDANTS. PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                    Initials of Deputy Clerk__WH___
**CIVIL - GEN**                                 D-M